UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X

**Colgan Air.,**

        Plaintiff,

-vs-                             **ORDER OF DISCONTINUANCE**

**North American Air Charter, Inc.,**      CV- 04-3764(FB)(RM)

        Defendant.
------------------------------------------------X

It having been reported to the Court that the above action has been settled, it is

ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action if the settlement is not consummated.

                                        SO ORDERED.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
        September 28, 2005